STATE OF NEW JERSEY v. ROBERT MAFFEI.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN T. GOETASKI.

June 27, 1986.

Petition for certification denied.   (See 209 *N.J.Super.* 362)

STATE OF NEW JERSEY v. VALERIE BLOME.

June 27, 1986.

Petition for certification denied.   (See 209 *N.J.Super.* 227)

STATE OF NEW JERSEY v. FRANK MURRAY.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER CODELLA.

June 27, 1986.

Petition for certification denied.